

In The

Court of Appeals

Seventh District of Texas at Amarillo

_____

No. 07-23-00094-CV
_____

900 S. HOUSTON, APPELLANT

V.

ERIC ROOKS, APPELLEE

On Appeal from the County Court at Law No. 2
Potter County, Texas
Trial Court No. 111417-2-CV, Honorable Matthew H. Hand, Presiding

June 6, 2023

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, 900 S. Houston, appeals from the trial court's judgment. The clerk's record was originally due May 1, 2023, but was not filed because Appellant failed to make payment arrangements for the record. *See* TEX. R. APP. P. 35.3(a)(2). By letter of May 2, 2023, we directed Appellant to pay for the clerk's record by May 12 or the appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b). To date, Appellant has not made payment arrangements for the clerk's records or filed a response explaining the omission.

Consequently, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b).

Per Curiam